**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1245**

———————

DANIEL ROSS,

                                        Petitioner,

        versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

                                        Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals. (A72-473-443)

———————

Submitted: August 29, 2000        Decided: September 15, 2000

———————

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Allan Ebert, LAW OFFICES OF ALLAN EBERT, Washington, D.C., for Petitioner.  David W. Ogden, Acting Assistant Attorney General, Richard M. Evans, Assistant Director, Marshall Tamor Golding, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Daniel Ross seeks review of the Board of Immigration Appeals' ("Board") decision and order dismissing his appeal from the immigration judge's denial of his application for asylum and withholding of deportation. Our review of the record discloses that the Board properly found that Ross failed to establish a well-founded fear of persecution. Accordingly, we affirm on the reasoning of the Board. See Ross v. INS, No. A72-473-443 (B.I.A. Feb. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED